WILEY–BICKFORD–SWEET COMPANY v. Frank M. ROBERTSON, Trustee in Bankruptcy of Dan Carruthers Company, Bankrupt. (Circuit Court of Appeals, Sixth Circuit. November 6, 1923.) No. 3889. In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge. Edward W. Smith, of Clarksdale, Miss., and Auvergne Williams and E. L. Lerner, both of Memphis, Tenn., for plaintiffs in error. A. A. Hornsy, of Memphis, Tenn., for defendant in error.

PER CURIAM. Order of the District Court affirmed.

---

Henry E. WILKS, Plaintiff in Error, v. UNITED STATES of America. (Circuit Court of Appeals, Eighth Circuit. December 3, 1923.) No. 6546. In Error to the District Court of the United States for the Eastern District of Missouri. Verne Lacy, of St. Louis, Mo., for plaintiff in error. Allen Curry, U. S. Atty., of St. Louis, Mo.

PER CURIAM. Writ of error docketed and dismissed without costs to either party in this court, on motion of counsel for defendant in error, under rule 16.

---

Simon WYBRANOSKI v. UNITED STATES of America. (Circuit Court of Appeals, Sixth Circuit. January 14, 1924.) No. 3903. In Error to the District Court of the United States for the Western District of Michigan; Clarence W. Sessions, Judge. Roman F. Glocheski, of Grand Rapids, Mich., for plaintiff in error. Edward J. Bowman, U. S. Atty., of Grand Rapids, Mich.

PER CURIAM. Judgment of the District Court affirmed.